**B1 (Official Form 1) (1/08)**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kotwitz, Jerry T.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-6297** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**12326 Timber Hollow**<br>**Houston, TX**<br>ZIP CODE **77058** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Jerry T. Kotwitz** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br>                                                                                                     Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Jerry T. Kotwitz** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jerry T. Kotwitz**
   **Jerry T. Kotwitz**

X _____

Telephone Number (If not represented by attorney)

**04/07/2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Richard L. Fuqua**
   **Richard L. Fuqua**     Bar No. **07552300**

**Fuqua & Keim, LLP**
**2777 Allen Parkway, Ste 480**
**Houston, TX   77019**

Phone No. **(713) 960-0277**     Fax No. **(713) 960-1064**

04/07/2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B6A (Official Form 6A) (12/07)

In re **Jerry T. Kotwitz**                                        Case No. _____
                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

Total: **$0.00**

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Jerry T. Kotwitz**  Case No. _____
                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Drive Financial Services**<br>PO Box 660633<br>Dallas, TX 75266 | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Secured by Title to Vehicle**<br>COLLATERAL:<br>**2008 Buick Lucerne**<br>REMARKS:<br><br>VALUE:  $31,200.00 | | | | $31,200.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Subtotal (Total of this Page) >  $31,200.00 | $0.00 |
| | | | | | | Total (Use only on last page) >  $31,200.00 | $0.00 |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Jerry T. Kotwitz**                                                                 Case No. _____
                                                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Jerry T. Kotwitz**    Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Abe Mor Diamond Corp.**<br>**62 W. 47th St., Suite 401**<br>**New York, NY 10036** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred when debtor was dba Champions Jewelers.** | X | X | X | $50,322.25 |
| ACCT #: **xxxx-xxxx-xxxx-1104**<br>**Alliance One**<br>**1160 Centre Pointe Dr., Suite 1**<br>**Mendota Heights, MN 55120** |  | - | DATE INCURRED: **2004**<br>CONSIDERATION:<br>REMARKS: **collection agency for Capital One** |  |  |  | $8,070.15 |
| ACCT #:<br>**American Capital Funding Corporation**<br>**2539 S. Gessner, Suite 20**<br>**Houston, TX 77063** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: **Lawsuit pending in the 133rd Judicial District Court of Harris County, Texas.** |  | X | X | $2,000,000.00 |
| ACCT #:<br>**American Diamond**<br>**15 West 47th St.**<br>**New York, NY 10036** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred when debtor was dba Champion Jewelers.** | X | X | X | $85,806.45 |
| ACCT #: **xxxxxxxxxxxxx1302**<br>**American Express**<br>**World Financial Center**<br>**200 Vesey St.**<br>**New York, NY10285** |  | - | DATE INCURRED: **2004**<br>CONSIDERATION:<br>REMARKS: |  |  |  | $34,723.00 |
| ACCT #: **xxxxxxxxxxxxx5441**<br>**American Express**<br>**World Financial Center**<br>**200 Vesey St.**<br>**New York, NY 10285** |  | - | DATE INCURRED: **2004**<br>CONSIDERATION:<br>REMARKS: |  |  |  | $34,175.48 |
|  |  |  |  |  |  | Subtotal > | $2,213,097.33 |
|  |  |  |  |  |  | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |  |

_____**9**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerry T. Kotwitz**                                              Case No. _____
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**American International Insurance Company**<br>c/o Christopher A. Fusselman<br>The Fusselman Law Firm, P.C.<br>1717 St. James Place, Suite 470<br>Houston, TX 77056 | X | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Lawsuit currently pending in the County Civil Court at Law No. 4, Harris County, Texas.** | | X | X | **Unknown** |
| ACCT #:<br>**Amgad, Inc.**<br>580 5th Ave., Suite 3012<br>New York, NY 10036 | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS:<br>**Business debt incurred when debtor was dba Champion Jewelers.** | X | X | X | $69,220.00 |
| ACCT #:<br>**Aronow Ross Diamonds**<br>550 So. Hill St., Suite 1555<br>Los Angeles, CA 90013 | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS:<br>**Business debt incurred when debtor was dba Champion Jewelers.** | X | X | X | $33,225.00 |
| ACCT #:<br>**Brilliant Trading Company**<br>1 Rockerfeller Plaza<br>New York, NY | X | - | DATE INCURRED: **2004**<br>CONSIDERATION:<br>REMARKS:<br>**Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $429,938.75 |
| ACCT #: **xxxxxxxx7185**<br>**Capital One Bank**<br>P.O. Box 85617<br>Richmond, VA 23276-0001 | | - | DATE INCURRED: **2005**<br>CONSIDERATION:<br>REMARKS: | | | | $2,658.00 |
| ACCT #: **xxxxxxxx1689**<br>**Capital One Bank**<br>P.O. Box 85617<br>Richmond, VA 23276-0001 | | - | DATE INCURRED: **2005**<br>CONSIDERATION:<br>REMARKS: | | | | $2,062.00 |

Sheet no. ___1___ of ___9___ continuation sheets attached to        Subtotal >    **$537,103.75**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerry T. Kotwitz** Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx1391<br>**Capital One Bank**<br>**P.O. Box 85617**<br>**Richmond, VA 23276-0001** | | - | DATE INCURRED: **2005**<br>CONSIDERATION:<br>REMARKS: | | | | $1,417.00 |
| ACCT #: xxxxxxxx4898<br>**Capital One Bank**<br>**P.O. Box 85617**<br>**Richmond, VA 23276-0001** | | - | DATE INCURRED: **2005**<br>CONSIDERATION:<br>REMARKS: | | | | $969.00 |
| ACCT #:<br>**CM Trading, LLC**<br>**13840 Michigan Ave.**<br>**Dearborn, MI 48126** | | - | DATE INCURRED: **2004**<br>CONSIDERATION: **inventory**<br>REMARKS: **Business debt incurred when debtor was dba Champion Jewelers.** | | | | $5,000.00 |
| ACCT #: xxxx6432<br>**Countrywide Bank**<br>**2550 North Loop West**<br>**Houston, TX 77092** | | - | DATE INCURRED: **2004**<br>CONSIDERATION:<br>REMARKS: **Loan to purchase investment property in Houston. Creditor forclosed on the collateral. Debtor is entitled to a setoff.** | | | X | $318,250.00 |
| ACCT #:<br>**Dallas Diamonds**<br>**5850 LBJ, Suite 645**<br>**Dallas, TX 75240** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred when debtor was dba Champion Jewelers.** | X | X | X | $145,266.00 |
| ACCT #:<br>**Dinaro Creations**<br>**42 W. 48th, Suite 801**<br>**New York, NY 10036** | | - | DATE INCURRED: **2004**<br>CONSIDERATION: **inventory**<br>REMARKS: **Business debt incurred when debtor was dba Champion Jewelers.** | | | | $5,300.00 |

Sheet no. ___2___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$476,202.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerry T. Kotwitz**　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx8501**<br>**Dish Network**<br>**5701 South Santa Fe Drive**<br>**Littleton, CO 80120** | | - | DATE INCURRED: **2006**<br>CONSIDERATION:<br>REMARKS: | | | | $181.00 |
| ACCT #:<br>**DM Diamonds**<br>**6222 Richmond Ave.**<br>**3rd Floor**<br>**Houston, TX 77057** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **inventory**<br>REMARKS: **Business debt incurred when debtor was dba Champion Jewelers. Lawsuit pending in the 129th Dist Ct of Harris County, TX.** | | X | X | $21,000.00 |
| ACCT #:<br>**Edna M. Nelson**<br>**1110 N. Post Oak Rd., Suite 170**<br>**Houston, TX 77055** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: **personal loan** | | | | $28,800.00 |
| ACCT #:<br>**Fajerstein Diamonds**<br>**67 E. Madison St., Suite 1730**<br>**Chicago, IL 60603** | | - | DATE INCURRED: **2004**<br>CONSIDERATION: **inventory**<br>REMARKS: **Business debt incurred when debtor was dba Champion Jewelers.** | | | | $40,000.00 |
| ACCT #:<br>**Fancy Trading**<br>**1 Rockefeller Plaza**<br>**New York, NY 10020** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred when debtor was dba Champion Jewelers.** | X | X | X | $429,938.75 |
| ACCT #:<br>**Galaxy Diamonds**<br>**550 So. Hill St., Suite 1270**<br>**Los Angeles, CA 90013** | | - | DATE INCURRED: **2004**<br>CONSIDERATION: **inventory**<br>REMARKS: **Business debt incurred when debtor was dba Champion Jewelers.** | | | | $70,000.00 |

Sheet no. ____**3**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal >　　$589,919.75

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerry T. Kotwitz**                                         Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**GN Diamonds**<br>800 Chestnut, Suite 206<br>Philadelphia, PA 19107 | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred when debtor was dba Champion Jewelers.** | X | X | X | $56,856.78 |
| ACCT #:<br>**Grant V. Dunwoody**<br>**The Dunwoody Law Firm, PLLC**<br>2500 Tanglewilde, Suite 150<br>Houston, TX 77063 |  | - | DATE INCURRED:<br>CONSIDERATION: **Notice Only**<br>REMARKS: **Attorneys for The Infinity Collection, Inc.** |  |  |  | **Notice Only** |
| ACCT #:<br>**Infinity Diamonds**<br>523 W. 6th St., Suite 822<br>Los Angeles, CA 90014 | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred when debtor was dba Champion Jewelers.** | X | X | X | $46,438.15 |
| ACCT #:<br>**Intercolor**<br>48 W. 48th St.<br>New York, NY 10036 | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $26,295.00 |
| ACCT #:<br>**Joseph Schuster, Inc.**<br>1212 6th Ave.<br>New York, NY 10036 | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $307,330.92 |
| ACCT #:<br>**Kashi & Son**<br>71 W. 47th St., Suite 1403<br>New York, NY 10036 | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $19,342.70 |

Sheet no. ___**4**___ of ___**9**___ continuation sheets attached to                    Subtotal >      $456,263.55
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                              (Use only on last page of the completed Schedule F.)
                             (Report also on Summary of Schedules and, if applicable, on the
                                  Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerry T. Kotwitz**   Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Kattan Diamonds & Jewelery**<br>**550 So. Hill St., Suite 1030**<br>**Los Angeles, CA 90013** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $15,268.00 |
| ACCT #: **xxxx9129**<br>**Mazda American Credit**<br>**7755 Irvine Center Dr.**<br>**Irvine, CA 97219** | | - | DATE INCURRED: **2005**<br>CONSIDERATION:<br>REMARKS: | | | | $874.00 |
| ACCT #: **xxxx-xxxx-xxxx-6084**<br>**MCM**<br>**Dept. 12421**<br>**P.O. Box 1259**<br>**Oaks, PA 19456** | | - | DATE INCURRED: **2004**<br>CONSIDERATION:<br>REMARKS: **collection agency for Aspire Visa** | | | | $9,674.66 |
| ACCT #: **xxxxxx0476**<br>**Midland**<br>**P.O. Box 23007**<br>**Columbus, GA 31902** | | - | DATE INCURRED: **2005**<br>CONSIDERATION:<br>REMARKS: **collection agency for Aspire** | | | | $9,221.00 |
| ACCT #:<br>**Nadis, Inc.**<br>**625 So. Hill St., Suite 134**<br>**Los Angeles, CA 90014** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $32,900.25 |
| ACCT #:<br>**Namdar, Inc.**<br>**580 5th Ave., Suite 930**<br>**New York, NY 10036** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $76,479.00 |

Sheet no. ___5___ of ___9___ continuation sheets attached to   Subtotal >   $144,416.91
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerry T. Kotwitz**  Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Olympic Diamonds**<br>**580 5th Ave., Suite 1200**<br>**New York, NY 10036** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS:<br>**Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $585,727.27 |
| ACCT #: **xxxxxx5374**<br>**Providian**<br>**1201 Third Ave.**<br>**Seattle, WA 98101** |  | - | DATE INCURRED: **2005**<br>CONSIDERATION:<br>REMARKS: |  |  |  | $934.00 |
| ACCT #:<br>**Rick Shatz Diamonds**<br>**580 5th Ave., Suite 1800**<br>**New York, NY 10036** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS:<br>**Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $52,002.47 |
| ACCT #:<br>**Robert R. Burford**<br>**Gibbs & Bruns, LLP**<br>**1100 Louisiana, Suite 5300**<br>**Houston, TX 77002** |  | - | DATE INCURRED:<br>CONSIDERATION: **Notice Only**<br>REMARKS:<br>**Attorneys for DM Diamond Corp.** |  |  |  | **Notice Only** |
| ACCT #:<br>**Rogel & Co.**<br>**580 5th Ave., Suite 903-A**<br>**New York, NY 10036** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS:<br>**Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $50,106.00 |
| ACCT #:<br>**S&P Quality Diamonds**<br>**15 W. 47th St., Suite 1507**<br>**New York, NY 10036** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS:<br>**Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $14,429.90 |

Sheet no. __6__ of __9__ continuation sheets attached to  Subtotal >  **$703,199.64**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerry T. Kotwitz**          Case No. _____
                                                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**SBHT Gem Imports**<br>**2221 So. Voss**<br>**Houston, TX 77057** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $16,841.60 |
| ACCT #:<br>**SBM Diamonds**<br>**580 5th Ave., Suite 7012**<br>**New York, NY 10036** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $107,562.69 |
| ACCT #:<br>**Sterling Bank**<br>**10260 Westheimer**<br>**Houston, TX 77042** | X | - | DATE INCURRED: **8/15/2007**<br>CONSIDERATION:<br>REMARKS: **Obtained a judgment on 8/15/2007.** | | | | $147,269.00 |
| ACCT #:<br>**Ted L. Walker**<br>**The Walker Firm**<br>**402 Main Street, Penthouse**<br>**Houston, TX 77002** | | - | DATE INCURRED:<br>CONSIDERATION: **Notice Only**<br>REMARKS: **Attorneys for Sterling Bank** | | | | **Notice Only** |
| ACCT #: **xxxx6278**<br>**Texas First Bank**<br>**Pirate's Beach**<br>**Galveston, TX 77550** | | - | DATE INCURRED: **2000**<br>CONSIDERATION:<br>REMARKS: **Loan to purchase investment property in Galveston. Creditor foreclosed. Debtor is entitled to a setoff or credit for the value of the property.** | | | X | $193,783.00 |

Sheet no. ____7____ of ____9____ continuation sheets attached to      Subtotal >    **$465,456.29**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                         Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerry T. Kotwitz**          Case No. _____
                                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx-xxxx-xxxx-2352<br>**TIB Oklahoma**<br>**7136 S. Yale Ave.**<br>**Ofc. 304**<br>**Tulsa, OK 74136** | | - | DATE INCURRED: **2004**<br>CONSIDERATION:<br>REMARKS: | | | | $10,578.00 |
| ACCT #:<br>**TLK, Inc.**<br>**20 W. 47th, Suite 809**<br>**New York, NY 10036** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $258,554.56 |
| ACCT #:<br>**U&A Diamonds**<br>**3240 E. Camelback Rd.**<br>**Suite 101**<br>**Phoenix, AZ 85018** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $78,802.45 |
| ACCT #:<br>**United Pearl**<br>**567 5th Ave.**<br>**New York, NY 10036** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $38,130.00 |
| ACCT #:<br>**Vivid Diamonds International**<br>**6900 E. Camelback Road**<br>**Suite 836**<br>**Scottsdale, AZ 85251** | X | - | DATE INCURRED: **2004**<br>CONSIDERATION: **None**<br>REMARKS: **Business debt incurred while debtor was dba Champion Jewelers.** | X | X | X | $212,134.47 |
| ACCT #: xxxxxx9354<br>**Washington Mutual/Providian**<br>**1201 Third Ave.**<br>**Seattle, WA 98101** | | - | DATE INCURRED: **2005**<br>CONSIDERATION:<br>REMARKS: | | | | $4,413.00 |

Sheet no. ___8___ of ___9___ continuation sheets attached to      Subtotal >    $602,612.48
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jerry T. Kotwitz** Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**William M. Thursland**<br>**Attorney at Law**<br>**2539 S. Gessner, Suite 20**<br>**Houston, TX 77063** | - | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Attorneys for American Capital Funding Corporation.** | | | | **Notice Only** |
| ACCT #:<br>**Yerushalmi Bros. Diamonds**<br>**589 5th Ave.**<br>**New York, NY 10017** | - | | DATE INCURRED: **2004**<br>CONSIDERATION:<br>**inventory**<br>REMARKS:<br>**Business incurred while debtor was dba Champion Jewelers.** | | | | **$40,000.00** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. **9** of **9** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$40,000.00**

Total > **$6,228,271.70**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)